IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:12-CV-1096 |
| | ) | |
| $722.31 IN FUNDS FROM COASTAL FEDERAL CREDIT UNION ACCOUNT ENDING IN 6442, IN THE NAMES OF CLAUDE VERBAL AND PAMELA VERBAL, et al. | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| CLAUDE VERBAL, | ) | |
| | ) | |
| Claimant. | ) | |

**ORDER**

On July 16, 2013, the United States Magistrate Judge's Recommendation was filed and notice was served on the claimant pursuant to 28 U.S.C. § 636. (Docs. 17 and 18.) No objections to the Recommendation were filed. After consideration of the record, the Court hereby adopts the Magistrate Judge's Recommendation.

It is **ORDERED** that the Plaintiff's Oral Motion to Dismiss (July 8, 2013 Docket Entry) is **GRANTED,** Claimant's Verified Forfeiture Claim (Doc. 7) is **DISMISSED** and his related Answer (Doc. 10) is **STRICKEN.**

This the 9th day of September, 2013.

_____
UNITED STATES DISTRICT JUDGE